UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND ▼ DIVISION

IN RE:

ACAIA RESOURCES, LLC

Case No: 24-70195

Chapter 7

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Thomas M. Hnasko__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent __the Estate of Acacia Resources, LLC__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   __Hinkle Shanor LLP__,

   with offices at

   Mailing address: __Post Office Box 2068__

   City, State, Zip: __Santa Fe, New Mexico 87504__

   Telephone: __505-982-4554__  Fax: __505-982-8623__

   Email Address: __thnasko@hinklelawfirm.com__

2. Since __Thomas M. Hnasko__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __New Mexico__. Applicant's bar license number is __1177__.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| All New Mexico District Courts | October 1982 |
| USDC -District of New Mexico | October 1982 |
| 10th Cir. Ct. of Appeals | November 1982 |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ● Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

○ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ Thomas M. Hnasko _____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,
 /s/ Thomas M. Hnasko
_____
[Signature of Applicant]

_____ Thomas M. Hnasko _____
[Printed name of Applicant]

P.O. Box 2068, Santa Fe, NM  87504
[Address of Applicant]

505-982-4554
[Telephone of Applicant]

 thnasko@hinklelawfirm.com
[Email address of Applicant]


CERTIFICATE OF SERVICE

      I hereby certify that on this 23th day of June, 2025, I have served a true and correct copy of this motion through the electronic filing system upon each attorney of record as listed below:

**Brandon John Tittle**
Tittle Law Firm, PLLC
1125 Legacy Dr.
Suite 230
Frisco, TX 75034
972-213-2316
Email: btittle@tittlelawgroup.com
*Attorney for Debtor Acacia Resources, LLC*

**Ron Satija**
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7102
Fax : (972) 755-7100
Email: rsatija@haywardfirm.com

**Herbert C Shelton, II**
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100
Fax : (737) 881-7100
Email: cshelton@haywardfirm.com
*Attorneys for Trustee*

    */s/ Thomas M. Hnasko*
    Thomas M. Hnasko
    Post Office Box 2068
    Santa Fe, NM 87504
    505-982-4554
    thnasko@hinklelawfirm.com
    *Attorney for the Estate of Acacia Resources, LLC*