

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 25, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:

    ACACIA RESOURCES, LLC          Case No.  24-70195

                                                 Chapter 7

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

BE IT REMEMBERED that there was presented to the Court the Motion for Admission Pro Hac Vice filed by Thomas M. Hnasko ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Applicant may appear on behalf of the Estate of Acacia Resources, LLC in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

                                                 # # #

Prepared by:

Thomas M. Hnasko
Hinkle Shanor LLP
Post Office Box 2068
Santa Fe, NM  87504
505-982-4554
thnasko@hinklelawfirm.com
*Attorney for the Estate of Acacia Resources, LLC*