**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 09, 2026.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 7 |
| ACACIA RESOURCES, LLC, | § | Case No. 24-70195-SMR |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

**BE IT REMEMBERED** on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Esther C. Jamison**, counsel for Raúl Torrez, *ex rel.* the State of New Mexico, and the Oil Conservation Division of the New Mexico Energy, Minerals, and Natural Resources Department (collectively, "the State of New Mexico"), and the Court, having reviewed the motion, enters the following order:

1

**IT IS ORDERED** that the Motion for Admission Pro Hac Vice is **GRANTED**, and Esther C. Jamison may appear on behalf of the State of New Mexico in the above case.

### # # # END OF ORDER # # #

Prepared by:

Esther C. Jamison
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-627-3474
ejamison@nmdoj.gov
*Attorney for the State of New Mexico*