# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−70195−smr

Chapter No.: 7

Judge: Shad M Robinson

IN RE: **Acacia Resources, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    https://www.zoomgov.com/my/robinson.txwb, via Zoom or by phone. Call−in number:, 669−254−5252 Code: 161 0862 5245

on    **4/13/26 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 81 Motion to Sell Property Free and Clear of Liens 11 USC 363(f) , filed by Herbert C Shelton II for Trustee Ron Satija) Hearing Scheduled For 4/13/2026 at 10:00 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669−254−5252 Meeting ID: 161 0862 5245 (Lopez, Jennifer)

Dated: 3/13/26

                                                 Robert Joseph Lawson
                                                 Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]