**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-70195** |
| **ACACIA RESOURCES, LLC** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

---

**TRUSTEE'S MOTION TO CONTINUE HEARING ON MOTION TO APPROVE SALE OF CERTAIN OIL AND GAS LEASES AND RELATED PROPERTY**

---

COMES NOW Ron Satija, the Chapter 7 Trustee (the "Trustee") in the above-captioned case, and respectfully submits this *Motion to Continue* (the "Motion") the hearing scheduled for April 13, 2026 at 10:00 a.m. before this honorable Court on the *Trustee's Motion to Approve Sale of Certain Oil and Gas Leases and Related Property* (the "Sale Motion") (Docket No. 81). In support thereof, the Trustee would respectfully show as follows:

1. On March 3, 2025, the Trustee filed the Motions to Approve Sale of Certain Oil and Gas Leases and Related Property (the "Sale Motions"), seeking approval to sell substantially all of the Debtors' oil and gas assets to American Energy Resources, LLC for a purchase price of $40,000.00 pursuant to a Purchase and Sale Agreement dated February 5, 2026.

2. Several objections have been filed by various parties in interest (see Docket Nos. 98, 104, and 106). The objections, particularly the one set forth at Docket No. 104, present the Buyer with certain complexities requiring counsel. The objections, as a whole, raise complex issues including federal lease issues, environmental compliance, bankruptcy issues, state regulatory issues, and decommission and financial assurance issues.

3. Accordingly, on April 7, 2026, the Buyer, American Energy Resources, LLC, asked the Trustee for a continuance of the hearing for forty-five (45) days to allow the Buyer to obtain

Texas-based bankruptcy counsel and to hopefully work through the various objections. The Trustee believes the Buyer's request is reasonable and constitutes good cause for a continuance under applicable bankruptcy law and the Local Bankruptcy Rules of the Western District of Texas. The proposed forty-five (45) day continuance will not cause prejudice to the estate and will serve the interests of justice by ensuring adequate representation, facilitating potential settlement of the pending objections, and reducing the risk of a failed closing or post-closing disputes that would consume additional estate resources and judicial time.

4.      The Trustee, as fiduciary for the estate, supports this continuance request as a reasonable exercise of judgment that maximizes the likelihood of a successful transaction and protects the estate's interests. Accordingly, the Trustee respectfully requests that the Court grant this Motion and reschedule the sale hearing to approximately May 28, 2026.

5.      The Trustee believes this Motion satisfies all procedural requirements and is supported by good cause. The motion is filed in advance of the three-day deadline established by W.D. Tex. BLR 9014-, and good cause is demonstrated by the technical complexity of the objections, the Buyer's legitimate need for specialized counsel, and the minimal prejudice to the estate from a brief delay.

WHEREFORE, the Trustee respectfully requests that this Court enter an order: 1) granting this Motion; 2) reset the sale hearing to approximately late May 2026; and 3) grant such other relief as the Court deems just and proper.

Dated: April 9, 2026

Respectfully Submitted,

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 30
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for the***
***Chapter 7 Trustee, Ron Satija***


## CERTIFICATE OF CONFERENCE

I hereby certify that on April 8, 2026, I conferred with Matthew Ochs, Robert Sutphin, Jr., Steven Bass, Abigail Ryan, and Ester Jamison. At the time of filing this Motion, Ester Jamison, Matthew Ochs, and Steven Bass have indicated no opposition to the relief requested. I have not received a response from Robert Sutphin, Jr. or Abigail Ryan.

*/s/ Charlie Shelton*
Charlie Shelton

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties requesting such service. Additionally, on April 9, 2026, or within one business day thereof, the foregoing was served via U.S. First Class Mail to all parties listed below.

| | |
|---|---|
| Acacia Operating Company, LLC<br>P.O. Box 1110<br>Boerne, TX 78006<br><br>Acacia Resources LLC<br>P.O. Box 1110, Suite 303<br>Boerne, TX 78006<br><br>***Debtors*** | United States Trustee's Office<br>903 San Jacinto Blvd. #230<br>Austin, TX 78701<br><br>***United States Trustee*** |
| Hinkle Shanor LLP<br>Attn: Thomas M. Hnasko<br>218 E. Montezuma Avenue<br>Santa Fe, NM 87501<br><br>***Debtors' Counsel*** | Tittle Law Firm, PLLC<br>Attn: Brandon John Tittle<br>13155 Noel Drive, Suite 900<br>Dallas, TX 75240<br><br>***Debtors' Counsel*** |
| U.S. Attorney's Office<br>Attn: Steven B. Bass<br>903 San Jacinto Blvd., Ste. 334<br>Austin, TX 78701<br><br>***Counsel for United States of America*** | Holland & Hart LLP<br>Attn: Matthew J. Ochs<br>555 Seventeeth Street, Suite 3200<br>Denver, CO 80202<br><br>-and-<br><br>Holland & Hart LLP<br>Attn: Robert Sutphin, Jr.<br>110 North Guadalupe Street, Suite 1<br>Santa Fe, NM 87501<br><br>***Counsel for Chevron U.S.A. Inc. and Chevron Midcontinent, L.P.; XTO Holdings, LLC; ConocoPhillips Company, Concho Oil & Gas LLC, COG Operating LLC, Marathon Oil Co., and Marathon Oil Permian LLC; OXY USA Inc., Anadarko E&P Onshore LLC, Anadarko Petroleum Corporation, Kerr-McGee Oil & Gas Onshore, Limited Partnership, OXY USA WTP Limited Partnership, Occidental Permian Limited Partnership, OXY Y-1*** |

| | |
|---|---|
| | *Company; Coterra Energy and Magnum Hunter Production Co.; and Legacy Reserves Operating LP* |
| Abigail Rushing Ryan<br>1850 M Street NW, 12th Floor<br>Washington, DC 20036<br><br>*Counsel for The State of New Mexico and The Oil Conservation Division of the New Mexico Energy, Minerals, and Natural Resources Department* | New Mexico Department of Justice<br>Environment Protection Division<br>Attn: Esther C. Jamison, Raul Torrez, & William G. Grantham<br>408 Galisteo Street<br>Santa Fe, NM 87501<br><br>*Counsel for The State of New Mexico and The Oil Conservation Division of the New Mexico Energy, Minerals, and Natural Resources Department* |

*/s/ Charlie Shelton*
Charlie Shelton